1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   MANUEL SAMUELS,                        )   CASE NO. LA CV 15-01739-VBF-PJW
                                            )
11                  Petitioner,             )   ORDER Overruling Petitioner's Objection,
                                            )   Adopting the Report & Recommendation,
12          v.                              )   Dismissing the Habeas Corpus Petition as
                                            )   Untimely, Dismissing the Action With Prejudice,
13   FISHER, WARDEN,                        )   and Denying Petitioner's Application for a
                                            )   Certificate of Appealability
14                  Respondent.             )
                                            )
15   _____   )

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, the United States

17   Magistrate Judge's Order to Show Cause (Document ("Doc") 4) ("OSC"), the petitioner's May 4, 2015

18   response to the OSC (Doc 8), the Report and Recommendation ("R&R"), and the applicable law.  Further,

19   the Court has reviewed *de novo* those portions of the R&R to which petitioner has specifically objected.

20

21          Petitioner's objection **[Doc #12] is OVERRULED.**

22          The Report and Recommendation **[Doc #10] is ADOPTED.**

23

24          The habeas corpus petition **[Doc #1] is DISMISSED with prejudice as untimely.**

25

26          For the reasons stated in the Report and Recommendation, petitioner's application for a certificate

27   of appealability **[Doc #11] is DENIED.**  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v.*

28   *Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

1    This action is **TERMINATED** and dismissed with prejudice.

2        As required by Federal Rule of Civil Procedure 58(a), final judgment will be entered by separate

3    document.

4

5    DATED:  June 24, 2015

6                                                _____

7                                                        VALERIE BAKER FAIRBANK
                                                    UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2