UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SAMUELS,<br><br>    Petitioner,<br><br>    v.<br><br>FISHER, WARDEN,<br><br>    Respondent. | CASE NO. LA CV 15-01739-VBF-PJW<br><br>FINAL JUDGMENT |

Pursuant to the contemporaneously issued Order Overruling Petitioner's Objection, Adopting the United States Magistrate Judge's Report and Recommendation, Dismissing the Habeas Petition with Prejudice as Untimely, Dismissing the Action with Prejudice, and Denying Petitioner's Application for a Certificate of Appealability, **final judgment is hereby entered in favor of the respondent and against the petitioner.**

DATED: June 24, 2015

                                                          VALERIE BAKER FAIRBANK
                                                          UNITED STATES DISTRICT JUDGE